**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1415**

NATHANIEL M. ADDERLEY, SR.,

Plaintiff – Appellant,

v.

COUNTRYWIDE; COUNTRYWIDE HOME LOANS; COUNTRYWIDE N.A.;
COUNTRYWIDE SERVICING, LP; COUNTRYWIDE TAX SERVICE
CORPORATION; BANK OF AMERICA CORPORATION; BANK OF AMERICA
NA; BANK OF AMERICA NA, individually and as successor by
merger to BAC HOME LOANS SERVICING LP; BANK OF AMERICA HOME
LOANS SERV, Countrywide Legacy Employers; SPS SELECT
PORTFOLIO SERVICING INC.; BAC HOME LOANS SERVICING LP; BANK
OF AMERICA HOME LOANS, LP; BANK OF AMERICA HOME LOANS
SERVICING LP,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Terry L. Wooten, Chief District
Judge.  (3:14-cv-04893-TLW)

Submitted:  August 20, 2015         Decided:  August 24, 2015

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nathaniel M. Adderley, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel M. Adderley, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Adderley v. Countrywide Mortg., No. 3:14-cv-04893-TLW (D.S.C. Apr. 7, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED